UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Court, WDMI, U.S. Bankruptcy

Debtor.
_____/

Case No. GG 10-03762
Chapter 7

### ORDER REQUIRING E. DOUGLAS BASEL, JR. TO PERSONALLY APPEAR AT A HEARING TO EXPLAIN THE FACTS AND CIRCUMSTANCES OF FILING THE PETITION AND OTHER PAPERS WITH THIS BANKRUPTCY COURT

At a session of said court of bankruptcy,
held in and for said district, on
_March 26, 2010_

PRESENT: HONORABLE JAMES D. GREGG
Chief United States Bankruptcy Judge

On or about March 25, 2010, E. Douglas Basel, Jr. filed a Voluntary Petition with this court. Also filed with the petition were Schedules and other papers.

It is noteworthy that the debtor's name is listed as "Court, WDMI, U.S. Bankruptcy." Presumably, this entity appears to be this court.

The undersigned judge is unable to now determine whether this was an intentional filing, an inadvertent filing (it appears not to be), or some sort of a misguided "joke." The court has therefore determined that the person who signed this petition shall be required to personally appear and explain the facts and circumstances relating to the filing of the petition and other papers.

In the event that the person signing the petition fails to appear as ordered, the court intends, only if necessary, to hold the person in contempt of court.

NOW THEREFORE, E. Douglas Basel, Jr., who appears to be an attorney who is authorized to practice law in this district, be, and hereby is, ORDERED TO PERSONALLY APPEAR before the undersigned judge on **_Thursday, April 8, 2010, in the bankruptcy courtroom, One Division North, Courtroom B, Grand Rapids, Michigan at 10:00 a.m._**, or soon as the matter may be heard, to fully explain to the court the facts and circumstances of filing the petition in the above captioned case.

IT IS FURTHER ORDERED that if E. Douglas Basel, Jr. fails or neglects to appear at the above hearing, he shall likely be held in contempt of court, with further proceedings to occur in the future as may be necessary and proper.

IT IS FURTHER ORDERED that a copy of this order be served upon E. Douglas Basel, Jr., both by first-class, United States mail, and electronically (if possible), and the Office of the United States Trustee by electronic means.

HONORABLE JAMES D. GREGG
Chief United States Bankruptcy Judge

Served as ordered:

By S. Combs on 3-26-10