UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

U.S. BANKRUPTCY COURT, WDMI,

    Debtor,

_____/

Case No. GG 10-03762
Chapter 7

## ORDER DISMISING CASE

At a session of said court of bankruptcy, held in and for said district, on __April 12, 2010__

PRESENT:  HON. JAMES D. GREGG
                Chief U.S. Bankruptcy Judge

On March 25, 2010, a Voluntary Petition for a chapter 7 proceeding was filed by E. Douglas Basel, Jr. On its own initiative, this court, scheduled a hearing personally requiring E. Douglas Basel, Jr. to appear. A hearing was held before this court on April 8, 2010, 2009; E. Douglas Basel, Jr. appeared, and the court being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that this chapter 7 case is hereby DISMISSED for the reasons set forth on the record.

IT IS FURTHER ORDERED that the filing fee imposed is hereby waived as this case was entered in error.

IT IS FURTHER ORDERED that a copy of this order shall be served by electronic transmission upon the E. Douglas Basel, Jr.

_____
HON. JAMES D. GREGG
Chief U.S. Bankruptcy Judge

Served as ordered:

April 12, 2010 (sc)